ERIC HONIG (Cal. Bar No. 140765)
Law Office of Eric Honig
    P.O. Box 10327
    Marina Del Rey, California 90295
    Telephone: (310) 699-8051
    E-mail: erichonig@aol.com
ELON A. POLLACK (Cal. Bar No. 96584)
Stein Shostak Shostak Pollack & O'Hara
    445 South Figueroa Street, Suite 2388
    Los Angeles, California 90071
    Telephone: (213) 630-8888
    E-mail: elon@steinshostak.com
Attorneys for Plaintiff Letex Apparels Co., Limited

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
KATHERINE M. HIKIDA (Cal. Bar No. 153268)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2285
    E-mail: katherine.hikida@usdoj.gov
Attorneys for Defendants United States and
U.S. Customs and Border Protection

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LETEX APPARELS CO., LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, U.S. CUSTOMS AND BORDER PROTECTION, and JOHN DOE U.S. CUSTOMS AND BORDER PROTECTION OFFICERS AND OTHER EMPLOYEES 1-10, *in their official and/or individual capacities*, <br><br> Defendants. | No. 2:25-cv-04462-ODW(RAOx) <br><br> **NOTICE OF SETTLEMENT** <br><br> Honorable Otis D. Wright, II <br> United States District Judge |

1

1  Notice is hereby given that the parties have reached a settlement in the above-captioned matter contingent upon the execution of a settlement agreement. The parties are working to execute the settlement and anticipate filing a Stipulation of Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) within the next 30 days.

Dated: September 25, 2025

LAW OFFICE OF ERIC HONIG
STEIN SHOSTAK SHOSTAK POLLACK & O'HARA

/s/ Eric Honig
_____
ERIC HONIG
Attorneys for Plaintiff
Letex Apparels Co., Limited

Dated: September 25, 2025

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Katherine M. Hikida
_____
KATHERINE M. HIKIDA
Assistant United States Attorneys

Attorneys for Defendants
United States and U.S. Customs and Border Protection