1  ERIC HONIG (Cal. Bar No. 140765)
   Law Office of Eric Honig
2       P.O. Box 10327
        Marina Del Rey, California 90295
3       Telephone: (310) 699-8051
        E-mail: erichonig@aol.com
4  ELON A. POLLACK (Cal. Bar No. 96584)
   Stein Shostak Shostak Pollack & O'Hara
5       445 South Figueroa Street, Suite 2388
        Los Angeles, California 90071
6       Telephone: (213) 630-8888
        E-mail: elon@steinshostak.com
7  Attorneys for Plaintiff Letex Apparels Co., Limited

8  BILAL A. ESSAYLI
   Acting United States Attorney
9  DAVID M. HARRIS
   Assistant United States Attorney
10 Chief, Civil Division
   DANIEL A. BECK
11 Assistant United States Attorney
   Chief, Complex and Defensive Litigation Section
12 KATHERINE M. HIKIDA (Cal. Bar No. 153268)
   Assistant United States Attorney
13      Federal Building, Suite 7516
        300 North Los Angeles Street
14      Los Angeles, California 90012
        Telephone: (213) 894-2285
15      E-mail: katherine.hikida@usdoj.gov
   Attorneys for Defendants United States and
16 U.S. Customs and Border Protection

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| LETEX APPARELS CO., LIMITED, | No. 2:25-cv-04462-ODW(RAOx) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| UNITED STATES OF AMERICA, U.S. CUSTOMS AND BORDER PROTECTION, and JOHN DOE U.S. CUSTOMS AND BORDER PROTECTION OFFICERS AND OTHER EMPLOYEES 1-10, *in their official and/or individual capacities*, | |
| Defendants. | |

1

1   IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

Dated: October 2, 2025

LAW OFFICE OF ERIC HONIG
STEIN SHOSTAK SHOSTAK POLLACK & O'HARA

*/s/ Eric Honig*

ERIC HONIG
Attorneys for Plaintiff
Letex Apparels Co., Limited

Dated: October 2, 2025

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Katherine M. Hikida*

KATHERINE M. HIKIDA
Assistant United States Attorneys

Attorneys for Defendants
United States and U.S. Customs and Border Protection