JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LETEX APPARELS CO., LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case № 2:25-cv-04462-ODW (RAOx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1  The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 3, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**